**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHNNIE MCCOLLUM,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BRIGGS,<br><br>Defendant. | CIVIL ACTION NO. 1:22-cv-01710<br><br>(SAPORITO, J.) |

**ORDER**

**AND NOW**, this 24th day of August, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion for summary judgment (Doc. 88) is **GRANTED in part**. The motion is **GRANTED** as to plaintiff's Fourteenth Amendment equal protection claim but **DENIED** as to plaintiff's First Amendment free exercise claim. The case proceeds only on plaintiff's First Amendment claim.

2. Plaintiff's motion for preliminary injunctive relief (Doc. 121) is **DENIED**.

3. Finding that this case is potentially appropriate for referral to the Court's Prison Litigation Settlement Program, it is **ORDERED** that within **14 days** of this order, any party opposed to mediation of this

case through the Prison Litigation Settlement Program shall file a declaration specifying the reasons for such opposition.

Dated: August 24, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge